```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
RALIEK MOORE, JR.,

                Petitioner,
                                                    O R D E R
        - against -
                                                16 Civ. 4978 (NRB)
UNITED STATES OF AMERICA,

                Defendant.
----------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on June 23, 2016, petitioner Raliek Moore, Jr. filed a successive motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, see ECF No. 1; and

**WHEREAS** on June 23, 2016 petitioner separately filed a motion in the United States Court of Appeals for the Second Circuit for an order authorizing this Court to consider his successive or second motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255(h)(2); and

**WHEREAS** as of the date of this Order, petitioner's motion pursuant to 28 U.S.C. § 2255(h)(2) has not been authorized; and

**WHEREAS** absent the requisite authorization from the Court of Appeals, this Court lacks jurisdiction to resolve the motion that remains pending in this action; and

**WHEREAS** on or around March 3, 2020, petitioner was released

1

from the custody of the Bureau of Prisons; it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without prejudice to restoring the action should the Court of Appeals authorize petitioner to proceed in this matter.

The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

DATED:   New York, New York
         April 14, 2020

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE